UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  1:20-cr-10039 RWZ |
| | ) | |
| | ) | |
| DAVID NANGLE | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for David Nangle in the above-named matter.

Respectfully submitted,

*/s/ Carmine P. Lepore*
Carmine P. Lepore
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA 02151
(781)286-8800
BBO# 564603

March 16, 2020