UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 20-cr-10039-RWZ |
| DAVID M. NANGLE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)**

The parties submit this memorandum addressing Local Rule 116.5(a).

**I.      Local Rule 116.5(a)(1)**

On March 4 and March 12, 2020, the government conferred with defense counsel regarding discovery in accordance with Rule 16.1.  On or before March 20, 2020,[1] the government shall produce automatic discovery that is required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts.

**II.     Local Rule 116.5(a)(2)**

As part of the automatic discovery production, the government intends to provide defense counsel with a list of "hot docs," a condensed list of materials that identifies key documents that support specific allegations in the Indictment.

**III.    Local Rule 116.5(a)(3)**

The defendant needs additional time to review the government's automatic discovery before determining whether it will be necessary to file a request for additional materials.

**IV.     Local Rule 116.5(a)(4)**

The government, with defense counsel's assent, has moved for a protective order with respect to discovery.  *See* ECF Dkt. No. 16.

---

[1] Because of the current COVID-19 emergency, reduced staffing has resulted in some discovery delay.

**V.      Local Rule 116.5(a)(5)**

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b).

**VI.     Local Rule 116.5(a)(6)**

The parties agree that expert disclosures for the government shall be due 30 days before

trial and that the defendant's disclosures be due 21 days before trial.

**VII.    Local Rule 116.5(a)(7)**

The defendant made his initial appearance on the Indictment on February 18, 2020.  On

that date, the Court set an Initial Status Conference for March 19, 2020 at 10:00 a.m., with the time

from February 18, 2020 to March 19, 2020 excluded under the Speedy Trial Act.  ECF Dkt. No.

10.

**VIII.  Local Rule 116.5(a)(8)**

The government and the defendant request that a further status conference be scheduled

approximately 45 days from the initial status conference.

<div style="margin-left:50%">

Respectfully submitted,
ANDREW E. LELLING
UNITED STATES ATTORNEY

By:*/s/ Dustin Chao*
Dustin Chao
Kunal Pasricha
Assistant U.S. Attorneys


Respectfully submitted,
DAVID M. NANGLE, by his attorney

*/s/ Carmine P. Lepore*
Carmine P. Lepore
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA 02151

</div>

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Dustin Chao
Dustin Chao
Assistant U.S. Attorney

Date: March 17, 2020