UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 20-CR-10039 RWZ |
| DAVID NANGLE | ) |
|     Defendant | ) |
| | ) |

**ASSENTED TO MOTION TO
AMEND CONDITIONS OF RELEASE** █████████████████████

    The Defendant, David Nangle, moves this Honorable Court to amend the defendant's conditions of release as follows:

    ███ The defendant seeks permission to travel to ████████████████████████
█████████████████████████

    2. ██████████████████████████████████████████████████████████████████
████████.

█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
███████████████████████████████████.

    ███ The defendant will disclose to probation his travel itinerary █████████
█████████████████████████████████████████████████████████████████████
███████.

    5. The defendant ██████████████████████████████████████████████████
█████████████████████████████████████████.

    6. ████████████████████████ defendant will be required to report telephonically to the Probation Office every Wednesday.

    ███ The defendant shall ███████████████████████████████████████████, confer with Probation ███████████████████████████████████████████████████
██████.



9. The Defendant will provide Probation with ███████████████████████████████████████████████████.

10. The Government and Probation assent to this motion.

Defendant  
By his attorney,

 /s/ Carmine P. Lepore  
Carmine P. Lepore, Esq.  
Lepore & Hochman, P.A.  
One Sprague Street  
Revere, MA  02151  
(781) 286-8800  
BBO # 564603

Dated:  March 24, 2020

### CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the EFC system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /s/ Carmine P. Lepore  
Carmine P. Lepore, Esq.
