UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 20-CR-10039 RWZ |
| DAVID NANGLE | ) |
|     Defendant | ) |
| | ) |

## MOTION FOR LEAVE TO FILE TO MOTION TO AMEND CONDITIONS OF RELEASE UNDER SEAL

The Defendant, David Nangle, respectfully seeks leave to file his Motion to Amend Conditions of Release under seal with a redacted copy filed for the public records. The defendant requests that the filing be kept under seal during the pendency of the matter.

                                                  Defendant
                                                  By his attorney,

                                                   */s/ Carmine P. Lepore*
                                                  Carmine P. Lepore, Esq.
                                                  Lepore & Hochman, P.A.
                                                  One Sprague Street
                                                  Revere, MA  02151
                                                  (781) 286-8800
                                                  BBO # 564603

Dated:  April 9, 2020

## CERTIFICATE OF SERVICE

     I hereby certify that a redacted version of this document has been filed through the EFC system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                   */s/ Carmine P. Lepore*
                                                  Carmine P. Lepore, Esq.