# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 20-CR-10039 RWZ |
| DAVID NANGLE | ) |
|     Defendant | ) |
| | ) |

## ASSENTED TO MOTION TO
## AMEND CONDITIONS OF RELEASE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The Defendant, David Nangle, moves this Honorable Court to amend the defendant's conditions of release as follows:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    ▓ The defendant seeks permission to travel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    ▓ The defendant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███

9. The Government and Probation assent to this portion of the motion.

███████████████████

███ The defendant agrees with the Government's ████████████████████
████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████

13. Probation does not assent ████████████████████.

███████████████████████████████████████████
██████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████
████████████████

                                                  Defendant
                                                  By his attorney,

                                                */s/ Carmine P. Lepore*
                                                Carmine P. Lepore, Esq.
                                                Lepore & Hochman, P.A.
                                                One Sprague Street
                                                Revere, MA  02151
                                                (781) 286-8800
                                                BBO # 564603

Dated:  April 9, 2020

CERTIFICATE OF SERVICE

     I hereby certify that a redacted version of this document has been filed through the EFC system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    */s/ Carmine P. Lepore*
                                    Carmine P. Lepore, Esq.