UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   20-cr-10039-RWZ |
| DAVID M. NANGLE | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)**

The parties submit this memorandum addressing Local Rule 116.5(c).

**I.     Local Rule 116.5(c)(1)**

The parties respectfully request that this case be transferred to the District Judge in anticipation of the parties filing a motion for a Rule 11 hearing.

**II.    Local Rule 116.5(c)(2)(D)**

No speedy trial days have elapsed in this matter. The defendant made his initial appearance on the Indictment on February 18, 2020. On that date, the Court set an Initial Status Conference for March 19, 2020, with the time from February 18, 2020 to March 19, 2020 excluded under the Speedy Trial Act. ECF Dkt. No. 10. In light of the parties' joint initial memorandum, ECF Dkt. No. 17, the Court cancelled the March 19, 2020 status conference and set a further status conference for April 16, 2020, ECF Dkt. No. 20. The Court excluded the time from March 17, 2020 to April 16, 2020 under the Speedy Trial Act, ECF Dkt. No. 31. On April 16, 2020, the Court conducted a hearing concerning certain conditions of defendant's release. ECF Dkt. No. 32. The Court then scheduled an interim status conference for June 10, 2020 and excluded the time from April 16, 2020 to June 10, 2020 under the Speedy Trial Act, ECF Dkt. Nos. 34, 35.

On June 4, 2020, in light of the parties' joint interim status report (ECF Dkt. No. 36), the Court canceled the June 10, 2020 interim status conference and set a further interim status

conference for July 29, 2020, ECF Dkt. No. 37.  The Court also excluded the time from June 10, 2020 to July 29, 2020 in the interests of justice under the Speedy Trial Act, ECF Dkt. No. 38.

On July 22, 2020, in light of the parties' joint interim status report (ECF Dkt. No. 39), the Court canceled the July 29, 2020 interim status conference and set a further interim status conference for September 16, 2020, ECF Dkt. No. 40.  The Court also excluded the time from July 29, 2020 to September 16, 2020 in the interests of justice under the Speedy Trial Act, ECF Dkt. No. 41.

On September 15, 2020, in light of the parties' joint interim status report (ECF Dkt. No. 42), the Court canceled the September 16, 2020 interim status conference and set a further status conference for October 29, 2020, ECF Dkt. No. 43.  The Court also excluded the time from September 16, 2020 to October 29, 2020 in the interests of justice under the Speedy Trial Act, ECF Dkt. No. 44.

On October 29, 2020, in light of the parties' joint interim status report (ECF Dkt. No. 45), the Court canceled the October 29, 2020 interim status conference and set a further status conference for December 22, 2020, ECF Dkt. No. 46.  The Court also excluded the time from October 29, 2020 to December 22, 2020 in the interests of justice under the Speedy Trial Act, ECF Dkt. No. 47.

In light of the parties' joint interim status report (ECF Dkt. No. 48), the Court canceled the December 22, 2020 status conference, set a further status conference for February 11, 2021 (ECF Dkt. No. 49), and excluded the time from December 22, 2020 to February 11, 2021 in the interests of justice under the Speedy Trial Act (ECF Dkt. No. 50).

Respectfully submitted,
ANDREW E. LELLING
UNITED STATES ATTORNEY

By: */s/ Dustin Chao*
Dustin Chao
Kunal Pasricha
Assistant U.S. Attorneys


Respectfully submitted,
DAVID M. NANGLE, by his attorney

*/s/ Carmine P. Lepore*
Carmine P. Lepore
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA 02151


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Dustin Chao*
Dustin Chao
Assistant U.S. Attorney

Date: February 4, 2021