# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID M. NANGLE,<br><br>   Defendant. | Criminal No. 20-cr-10039-RWZ |

### REPORT IN LIEU OF FINAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(c)

Cabell, U.S.M.J.

The parties were scheduled to attend a final status conference on February 11, 2021. On February 4th, however, the parties filed a Memorandum Pursuant to Local Rule 116.5(c) requesting that the status conference be canceled and that the case be transferred to the District Judge for a Rule 11 hearing, which has now been set for **February 17, 2021, at 2:00 p.m**. Accordingly, no further status conferences are necessary before me, and I report as follows:

**Local Rule 116.5(c)(1) – Whether the Defendants Request a Rule 11 Hearing**

The defendant requests a Rule 11 hearing.

**Local Rules 116.5(c)(2)(A) – Status of Discovery**

Discovery is complete.

**Local Rule 116.5(c)(2)(C): Whether all Motions under Rule 12(b) Have Been Filed**

No dispositive motions will be filed.

**Local Rule 116.5(c)(2)(D) – The Status of Excludable Time**

The court has in the aggregate excluded all the time from the defendant's February 18, 2020 initial appearance to February 17, 2021.  Accordingly, no time will have elapsed under the STA when and if the Rule 11 hearing is held as scheduled.

**Local Rule 116.5(c)(2)(E) and (c)(3): Estimate of Trial and Miscellaneous Matters**

There are no other matters specific to the case that would assist the District Judge upon transfer.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED:  February 4, 2021