**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI/IRS

**City** Lowell    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf.   Yes    Case No. 20-cr-10039-RWZ
Same Defendant   Yes    New Defendant   No
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: David M. Nangle    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Lowell, MA

Birth date (Yr only): 1960   SSN (last4#): 1967   Sex: M   Race: W   Nationality: U.S.

**Defense Counsel if known:** Carmine P. Lepore    Address: One Sprague Street, Revere, MA 02151

**Bar Number**    781-286-8800

**U.S. Attorney Information:**

**AUSA** Dustin Chao and Kunal Pasricha    Bar Number if applicable

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: M.J. Kelley on 02/18/2020

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 23

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/22/2021    Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): 20-cr-10039-RWZ

**Name of Defendant** David M. Nangle

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 | 18 U.S.C. 1343 (wire fraud) | 1-10 |
| Set 2 | 18 U.S.C 1344 (bank fraud) | 11-14 |
| Set 3 | 18 U.S.C. 1014 (false bank statements) | 15-18 |
| Set 4 | 26 U.S.C. 7206 (false tax returns) | 19-23 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**